# EXHIBIT 1

# EXHIBIT 1

LAS VEGAS
REVIEW-JOURNAL
**reviewjournal**.com

February 17, 2010
Copyright © Las Vegas Review-Journal

# NLV Fire Department seeks more ambulance duties to save jobs

Lynnette Curtis

By LYNNETTE CURTIS

LAS VEGAS REVIEW-JOURNAL

In an effort **to save Fire Department jobs**, the financially struggling city of North Las Vegas is considering changing the way emergency patients get **to** the hospital.

The **Fire Department** wants **to** transport **more** patients **to** hospitals itself instead of turning them over **to** private **ambulance** services. The **department** then could bill insurance companies for the service.

The change would produce revenue for the city and "hopefully prevent the loss of some of our **fire** service folks," **Fire** Chief Al Gillespie said.

But such revenue shouldn't come at the expense of private business, said John Wilson, local general manager of the private **ambulance** service that transports **most** of North Las Vegas' emergency patients.

The city "is trying **to** fix their budget shortfall by taking revenue and **jobs** from the private sector and shifting it **to** the public sector **to** minimize the impact on public employees," Wilson said. "This is sending the wrong message **to** the business community."

Now, **most** emergency **ambulance** calls in North Las Vegas are handled by American Medical Response and MedicWest, both of which are owned by the same parent company, Emergency Medical Services Corp.

The **Fire Department** would like **to** assume emergency transport services for all 911 "delta level" patients — the **most** seriously sick or injured — and all traffic accident patients in the city, Gillespie said.

The chief estimated that if the change is adopted, the **department** would go from transporting about 25 patients each month **to** 375. It would net about $1.6 million per year for the city, he said.

The City Council plans **to** discuss the matter at a special 4:30 p.m. meeting today. Other options also will be weighed:

· Allowing the **department to** start transporting all 911 patients in the city.

· Canceling the existing private **ambulance** provider's franchise agreement and establishing a competitive bidding process for transport services.

· Continuing with the status quo, in which AMR and MedicWest handle **most** emergency **ambulance** calls.

The **Fire Department** doesn't wish **to** take over all emergency calls or get rid of AMR and MedicWest, Gillespie said.

"This whole deal is not **to** hurt **ambulance** companies," he said. "It's **to** provide good service **to** citizens and recover some costs for what we do."

The proposed change would represent only a small percentage of business for AMR and MedicWest, Gillespie said.

But Wilson said the company might have **to** lay off at least a dozen employees if the change is adopted. He questioned how **much** the city would take in if it began transporting **more** patients.

"How can you take on additional work and not think that expenses are going **to** rise?" he asked.

Gillespie said the cost would be minimal because the **Fire Department** already responds **to** 911 emergency calls. It simply would stop "handing them (patients) off **to** someone else."

The actual costs and revenues associated with such a change have been "a challenge **to** identify," said Maryann Ustick, North Las Vegas' acting city manager. "There's been a number of estimates of what the actual revenue would be."

Today's meeting was meant **to** be a work session during which the council members could examine and ask questions about the **Fire Department**'s estimates, Ustick said. But because of concerns raised by AMR and MedicWest, the meeting probably will concern the "policy issue" of "what do we do in terms of potential impact on" private **ambulance** services, she said.

Henderson's **Fire Department** handles almost all of its own emergency transports. AMR and MedicWest handle about 80 percent of the emergency transports in Las Vegas, Wilson said.

North Las Vegas, which has undergone five rounds of budget cuts since December 2008, must trim an additional $33.4 million **to** make it through fiscal year 2011. The city announced this month it might have **to** cut up **to** 273 **jobs** — 21 of them from the **Fire Department**.

Contact reporter Lynnette Curtis at lcurtis@reviewjournal.com or 702-383-0285.

# EXHIBIT 2

# EXHIBIT 2

**REGISTER NOW:** We noticed that you do not have an account with us yet. Why not join? **CLICK HERE TO CREATE YOUR FREE ACCOUNT**

- (7 Pages)
- ▼
- 1
- 2
- 3
- →
- Last »

# Firemonkey Madness in Las Vegas Rate Topic: ★★★★★

---

### Dustdevil                          Dustdevil doesn't tolerate intolerance!

Posted 20 February 2010 - 11:56 AM

FD wants to take over EMS to save their jobs. What a shock. 😑

And out of the other side of their mouths, they're always telling us it's all about the patients, and that the privates are only doing it for the money. Hypocritical bastards.

http://www.ems1.com/...s-to-save-jobs/ (http://www.ems1.com/ems-products/billing-administration/articles/762096-Las-Vegas-Fire-Department-seeks-more-ambulance-duties-to-save-jobs/)

February 18, 2010

#### Las Vegas Fire Department seeks more ambulance duties to save jobs
Firefighters prefer to not turn patients over to private ambulance services

By Lynnette Curtis
The Las Vegas Review-Journal

LAS VEGAS — In an effort to save Fire Department jobs, the financially struggling city of North Las Vegas is considering changing the way emergency patients get to the hospital.

The Fire Department wants to transport more patients to hospitals itself instead of turning them over to private ambulance services. The department then could bill insurance companies for the service.

The change would produce revenue for the city and "hopefully prevent the loss of some of our fire service folks," Fire Chief Al Gillespie said.

But such revenue shouldn't come at the expense of private business, said John Wilson, local general manager of the private ambulance service that transports most of North Las Vegas' emergency patients.

The city "is trying to fix their budget shortfall by taking revenue and jobs from the private sector and shifting it to the public sector to minimize the impact on public employees," Wilson said. "This is sending the wrong message to the business community."

Now, most emergency ambulance calls in North Las Vegas are handled by American Medical Response and MedicWest, both of which are owned by the same parent company, Emergency Medical Services Corp.

The Fire Department would like to assume emergency transport services for all 911 "delta level" patients - the most seriously sick or injured - and all traffic accident patients in the city, Gillespie said.

The chief estimated that if the change is adopted, the department would go from transporting about 25 patients each month to 375. It would net about $1.6 million per year for the city, he said.

**Streaming video lectures**
CME from top medical conferences Videos, mp3s, podcasts, DVDs & more
www.cmedownload.com

**Dispatcher multi-tasking**
test for medical, EMS, police, 911, utility. Self-scoring. Hire right.
www.criticall911.com



The City Council plans to discuss the matter at a special 4:30 p.m. meeting today. Other options also will be weighed:

Allowing the department to start transporting all 911 patients in the city.

Canceling the existing private ambulance provider's franchise agreement and establishing a competitive bidding process for transport services.

Continuing with the status quo, in which AMR and MedicWest handle most emergency ambulance calls.

The Fire Department doesn't wish to take over all emergency calls or get rid of AMR and MedicWest, Gillespie said.

"This whole deal is not to hurt ambulance companies," he said. "It's to provide good service to citizens and recover some costs for what we do."

The proposed change would represent only a small percentage of business for AMR and MedicWest, Gillespie said.

But Wilson said the company might have to lay off at least a dozen employees if the change is adopted. He questioned how much the city would take in if it began transporting more patients.

"How can you take on additional work and not think that expenses are going to rise?" he asked.

Gillespie said the cost would be minimal because the Fire Department already responds to 911 emergency calls. It simply would stop "handing them (patients) off to someone else."

The actual costs and revenues associated with such a change have been "a challenge to identify," said Maryann Ustick, North Las Vegas' acting city manager. "There's been a number of estimates of what the actual revenue would be."

Today's meeting was meant to be a work session during which the council members could examine and ask questions about the Fire Department's estimates, Ustick said. But because of concerns raised by AMR and MedicWest, the meeting probably will concern the "policy issue" of "what do we do in terms of potential impact on" private ambulance services, she said.

Henderson's Fire Department handles almost all of its own emergency transports. AMR and MedicWest handle about 80 percent of the emergency transports in Las Vegas, Wilson said.

North Las Vegas, which has undergone five rounds of budget cuts since December 2008, must trim an additional $33.4 million to make it through fiscal year 2011. The city announced this month it might have to cut up to 273 jobs - 21 of them from the Fire Department.

Good vid at the above link, so check it out.

Interesting, the fire chief says they're "not interested" in taking over all EMS, only the most serious patients. Sound familiar? In other words, they're not interested in actually having to work for a living. They just want to skim the money and glory off of the top. Yeah... that's in the public interest. 

Below space reserved for **46Young**'s rebuttal. 

| EMS Conference @ Sea | Jobs for Responders | Place Your Ad Here |
|---|---|---|
| Full 18 hours of CE's available while on a 7 day Cruise Nov 28th leaving from Galviston Texas www.EMSSEA.com | Search out jobs for EMTs, Paramedics and Fire Fighteres www.responderjobs.com | Get exposure to many eme related sites. Target the cu: you are looking for http://www.emergencyadn |

Ads by E

**sirduke**                    sirduke another tricky day in the Zoo

 Posted February 2010 - 12:51 PM

How very typical.

The local group of Firemonkeys here want to combine EMS and Fire, claiming they would be benefiting EMS. The truth is, they have a crappy old station, EMS has a new station, EMS is within budget and they are way over budget.
They have decided that they will take over EMS, train us to be firemonkeys, no mention of the fact that none of them are EMT's and forget any of them being Paramedics.
The chief Firemonkey stated that we would be trained as firemonkeys first, and when time and funding permitted, then the hose jockeys would be allowed to go to school and become EMTs, but he didn't see the need to have them become Paramedics as we already have medics.





---

## HERBIE1                    HERBIE1 What's on your mind?

Posted 20 February 2010 - 04:09 PM

Same old story. Vegas FD wants to take only the most critically ill patients and leave the routine stuff for the private providers. Gee- I wonder why they don't want to take over ALL EMS transports for the area? Could it be that they KNOW that the routine, nonemergent types(read BS calls) are either self pay or those on assistance that reimburse pennies on the dollar? So the privates are left with a significant decrease in their revenue stream and are forced out of the area.

At least the fire chief was honest- it has nothing to do with providing better care or service to the citizens, it's a self serving ploy to save their own arses.

Amazon.com

 The Girl with the Dragon Tattoo
Stieg Larsson, Reg...
New $5.50
Best $4.67

 The Girl Who Kicked the Hornet's Nes...
Stieg Larsson
New $11.50
Best $11.50

 The Girl Who P
Stieg Larsson
New $8.77
Best $8.14

---

## Dustdevil                    Dustdevil doesn't tolerate intolerance!

Posted 20 February 2010 - 06:02 PM

(http://www.emtcity.com/index.php?s=5509a0d31a20b37cad67e7f3c82624e4&app=forums&module=forums&section=findpost&pid=236450)
HERBIE1, on 20 February 2010 - 10:09 AM, said:

At least the fire chief was honest- it has nothing to do with providing better care or service to the citizens, it's a self serving ploy to save their own arses.

Actually, in the video clip, he flat out says that he believes his department will provide "better service".

The video is actually pretty funny. At the council meeting, all the Medic West guys showed up en masse in red t-shirts, which looked really stupid and un-professional. But the funny thing is, all the firemonkeys showed up in yellow shirts. I bet they were pissed that Medic West got the red shirts before they could.

This post has been edited by **Dustdevil**: 20 February 2010 - 06:05 PM

---

**46Young**                                    **46Young** Training with an 88lb kettlebell will really beat you up!

Posted 20 February 2010 - 06:23 PM

Survival of the fittest. This is why I don't recommend the privates as a place to make a career in EMS. The local gov't ultimately reserves the right to run EMS as they see fit. I hate to see people lose their jobs, but it's an "us or them" mentality. If it's a choice of my job or the next guy's, I choose to keep mine. I'm not going to let my family starve if I have a way to prevent that.

The IAFF uses yellow shirts to provide high visibility by choice. Because it works. Look at the video. Who jumps out at you, and appear to be in greater number?

**Your Ad Here!!!**
Advertise with EMT City
Click Here For Options
http://www.emtcityads.com

**Digital Police Scanners**
Discounted prices
All types of scanner accessories
www.scannermaster.com

---

**JPINFV**                                    **JPINFV** Almost time for spring break...

Posted 20 February 2010 - 06:39 PM

Yep... because emergency medical care isn't about quality, it's about jobfare for fire fighters. Oh, and the fire department is not the "local government" in charge of deciding who gets to play. That's the city council so stop trying to portray it as the fire department's choice. Additionally, if the fire department wants to play in EMS, then play the entire game. At least attempt to show that you care about the population that your "sworn" to protect past screwing them over for a pay check.


THE WELL ROUNDED RESPONDER    PARAMEDIC    PARAMEDIC
Click Here now for Everything EMS....    TheEMSShop.com

---

**HERBIE1**                                    **HERBIE1** What's on your mind?

Posted 20 February 2010 - 07:23 PM

(http://www.emtcity.com/index.php?
s=5509a0d31a20b37cad67e7f3c82624e4&app=forums&module=forums&section=findpost&pid=236464)
46Young, on 20 February 2010 - 06:23 PM, said:

Survival of the fittest. This is why I don't recommend the privates as a place to make a career in EMS. The local gov't ultimately reserves the right to run EMS as they see fit. I hate to see people lose their jobs, but it's an "us or them" mentality. If it's a choice of my job or the next guy's, I choose to keep mine. I'm not going to let my family starve if I have a way to prevent that.

The IAFF uses yellow shirts to provide high visibility by choice. Because it works. Look at the video. Who jumps out at you, and appear to be in greater number?

it's survival of who has the bigger lobbying presence and tradition. Sheer numbers do not make

something "better".

SO you are OK with pushing something that has nothing to do with making a situation better for the people you are supposedly trying to serve? That's selfish, dude. NOBODY wants to lose their jobs and I would do whatever it takes to take care of my family, but don't pretend this solution is actually what's best for the citizens. There is NO evidence to support that theory and actually more than enough evidence(verifiable and anecdotal) to make a solid contrary argument This is about politics and nothing more.

(http://www.emtcity.com/index.php?
s=5509a0d31a20b37cad67e7f3c82624e4&app=forums&module=forums&section=findpost&pid=236460)
Dustdevil, on 20 February 2010 - 06:02 PM, said:

Actually, in the video clip, he flat out says that he believes his department will provide "better service".

The video is actually pretty funny. At the council meeting, all the Medic West guys showed up en masse in red t-shirts, which looked really stupid and un-professional. But the funny thing is, all the firemonkeys showed up in yellow t-shirts. I bet they were pissed that Medic West got the red shirts before they could.

"The change would produce revenue for the city and "hopefully prevent the loss of some of our fire service folks," Fire Chief Al Gillespie said".

That was the statement I saw, and his real intentions here.

| **F & B Gear** | **EMS Cruise for Fun** |
|---|---|
| Merchandise For The First Responder | Feb 20-25, 2010 Caribbean/Mexico |
| Shirts Hats Decals License Plates | See website for early book special |
| FandBgear.com | www.cptravelandcruising.com |

---

## aussiephil                     aussiephil Be nice. I quit smoking

Posted 20 February 2010 - 07:28 PM

(http://www.emtcity.com/index.php?
s=5509a0d31a20b37cad67e7f3c82624e4&app=forums&module=forums&section=findpost&pid=236464)
46Young, on 21 February 2010 - 04:23 AM, said:

Survival of the fittest. This is why I don't recommend the privates as a place to make a career in EMS. The local gov't ultimately reserves the right to run EMS as they see fit. I hate to see people lose their jobs, but it's an "us or them" mentality. If it's a choice of my job or the next guy's, I choose to keep mine. I'm not going to let my family starve if I have a way to prevent that.

The IAFF uses yellow shirts to provide high visibility by choice. Because it works. Look at the video. Who jumps out at you, and appear to be in greater number?

I thought you had some intelligence. This shows what I have been saying all along. Its only about more revenue coming in. They say that. IOt is also about Fire doing more 'Hero' work so they cant be out of peoples minds. Lets have a reality check. Take all medical from them, run it seperate, with no input or involvment, then we will see how they go.

| **EMS Cruise for Fun** | **EMT / Medic Jobs** |
|---|---|
| Feb 20-25, 2010 Caribbean/Mexico | Your emergency jobs |
| See website for early book special | headquarters. |
| www.cptravelandcruising.com | http://www.responderjobs.com |



## Dustdevil                    Dustdevil doesn't tolerate intolerance!

Posted 20 February 2010 - 07:53 PM

I don't mind the honesty of **46Young**'s statement that it is "us or them" about the jobs. I can respect that. That's the world we live in. What I don't like (among the many things I dislike about this) is when dishonest arguments are made to push that agenda, and when the firemen pretend to hold some moral high ground of altruism over the privates. At least when it is a third service agency they are competing with, they lose the ability to float that stinker.

| Jobs for Responders | EMS Conference @ Sea | Place Your Ad Here |
| --- | --- | --- |
| Search out jobs for EMTs, Paramedics and Fire Fighters www.responderjobs.com | Full 18 hours of CE's available while on a 7 day Cruise Nov 28th leaving from Galviston Texas www.EMSSEA.com | Get exposure to many eme related sites. Target the cu: you are looking for http://www.emergencyadn |

Ads by E

## HERBIE1                    HERBIE1 What's on your mind?

Posted 20 February 2010 - 08:09 PM

(http://www.emtcity.com/index.php?
s=5509a0d31a20b37cad67e7f3c82624e4&app=forums&module=forums&section=findpost&pid=236469)
Dustdevil, on 20 February 2010 - 07:53 PM, said:

I don't mind the honesty of **46Young**'s statement that it is "us or them" about the jobs. I can respect that. That's the world we live in. What I don't like (among the many things I dislike about this) is when dishonest arguments are made to push that agenda, and when the firemen pretend to hold some moral high ground of altruism over the privates. At least when it is a third service agency they are competing with, they lose the ability to float that stinker.

Agreed. I have no problem with protecting your own interests, but we are also dealing with public safety here, not making widgets in a factory and the owners decide to make their product in China because it's cheaper. It's the owner's prerogative to make money, but that does not mean his product will be any better, just cheaper. The problem is, a 3rd service provider generally does not have the resources to put up a fair fight with the fire service. As big as a private provider may be, it's still no match for the IAFF, their PAC groups and lobbyists, or more importantly, their PR machine aimed at the citizens. John Q Public has no idea what the issues are in this- they simply want someone to show up when they need help. Whether or not they have good service or the providers who respond are competent, is something they may never really know or fully understand- especially if that experience is limited to one or 2 instances. There are quality people on both sides of this, as well as utter morons, so you also don't want to use too broad of a brush to paint this picture.

- (7 Pages)
- ▼
- 1
- 2
- 3
- →
- Last »

## Similar Topics

| Topic | Forum | Started By | Stats | Last Post Info |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| EMS Expo 2008 in Las Vegas | U.K. | Harold1 | 0 Replies / 459 Views | 09 August 2008 - 02:13 AM / By: Harold1 |
| EMT-B/I training in the Las Vegas area? | Training - Everything Else | trailrunner78 | 3 Replies / 446 Views | 18 October 2008 - 04:57 AM / By: Dustdevil |
| When Firemonkeys Attack ★ ★ ★ ★ ★ • 1 • 2 • 3 <br><br> if you thought Floridia was bad.... | EMS News Discussion | Dustdevil | 28 Replies / 756 Views | 26 March 2010 - 07:32 AM / By: Dustdevil |
| Las Vegas | EMS Discussion | pandabear51 | 0 Replies / 147 Views | 28 November 2009 - 11:32 PM / By: pandabear51 |
| Poll Firemonkey Madness • 1 • 2 • 3 • 10 → | EMS News Discussion | Dustdevil | 96 Replies / 11929 Views | 30 December 2007 - 12:02 PM / By: DwayneEMTP |

Powered By IP.Board 3.0.5 © 2010 IPS, Inc.



**Traffic Rank**
emtcity.com
**1,281,447**
Apr 11, 2010
Powered by @Alexa



# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:        Text

Registration Number / Date:
                     TX0007138058 / 2010-04-27

Application Title: NLV Fire Department seeks more ambulance duties to save
                     jobs.

Title:               NLV Fire Department seeks more ambulance duties to save
                     jobs.

Description:         Print Material.

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-02-17

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:    C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC
```

===============================================================================