SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMTCITY.COM, an entity of unknown origin and nature; and CHRISTOPHER J. MALLEY, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0854-HDM-PAL<br><br>**DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS** |

Shawn A. Mangano, Esq., being duly sworn, deposes and says:

1. I am counsel of record for Righthaven LLC ("Righthaven") in the above-referenced matter, and I have personal knowledge of the facts set forth herein and I am competent to testify thereto and could and would so testify under oath if called to do so.

1

2. This declaration is made in support of Plaintiff's Opposition to Defendants' Renewed Motion to Dismiss.

3. Attached hereto as Exhibit "1" is a true and correct copy of the October 20, 2010 hearing transcript on Defendants' Motion to Dismiss (Doc. # 8) in this action.

4. Defendants have engaged in no discovery during the 45-day period authorized by the Court prior to being able to renew their Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of January, 2011

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.

# EXHIBIT "1"