UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
RIGHTHAVEN, LLC, a Nevada limited )    2:10-cv-00854-HDM-PAL
liability company,                 )
                                   )
            Plaintiff,             )   ORDER
                                   )
vs.                                )
                                   )
EMTCITY.COM, an entity of unknown  )
origin and nature; and             )
CHRISTOPHER J. MALLEY, an          )
individual,                        )
                                   )
            Defendants.            )
_____)
```

Defendants have renewed their motion to dismiss this action (Docket No. 22). Plaintiff has opposed the motion (Docket No. 25) and defendants have replied (Docket No. 27).

On October 20, 2010, this court conducted a hearing (see Docket No. 18) on defendants' motion to dismiss (Docket No. 8). At the hearing, the court denied the motion to dismiss without prejudice to be renewed after the completion of limited discovery, which was confined to the issues of standing and specific jurisdiction. The period in which the parties were permitted to conduct limited discovery has passed. It is apparent from the

1

renewed motion to dismiss, response and reply that the parties did not conduct limited discovery.

As the posture of the case has not changed since the hearing on defendants' motion to dismiss, the court hereby DENIES the defendants' renewed motion to dismiss (Docket No. 22).  This will not preclude the defendants from renewing their arguments in a motion for summary judgment after the completion of discovery.

**IT IS SO ORDERED.**

DATED: This 24th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

2