UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company, | ) ) ) | 2:10-cv-00854-HDM-PAL |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| EMTCITY.COM, an entity of unknown origin and nature; and CHRISTOPHER J. MALLEY, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiff Righthaven LLC's motion to withdraw [34] its motion for entry of clerk's default [32] and defendants' opposition thereto [33]. The motion to withdraw [34] is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: This 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

1