1  Jonathan W. Fountain
   Nevada Bar No. 10351
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy.
3  Suite 600
   Las Vegas, Nevada 89169
4  Tel: (702) 949-8200
   Fax: (702) 949-8363
5
   Attorneys for Defendants
6  EMTCity.com and Christopher J. Malley

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>            Plaintiff,<br>v.<br><br>EMTCITY.COM, an entity of unknown origin and nature; and CHRISTOPHER J. MALLEY, an individual,<br><br>            Defendants. | Case No.: 2:10-cv-00854-HDM-PAL<br><br>**STIPULATION AND ORDER DISMISSING THIS ACTION WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AWARDED TO ANY PARTY** |

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Righthaven LLC, and Defendants Emtcity.com and Christopher J. Malley, hereby agree and stipulate to dismiss this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS AND ROCA LLP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/Jonathan W. Fountain | By: /s/Shawn A. Mangano |
| Jonathan W. Fountain (NV Bar #10351) | Shawn A. Mangano (NV Bar #6730) |
| 3993 Howard Hughes Pkwy., Suite 600 | 9960 West Cheyenne Ave., Suite 170 |
| Las Vegas, NV  89169 | Las Vegas , NV  89129 |
| Attorneys for Defendants | Attorneys for Plaintiff |
| EMTCity.com and Christopher J. Malley | Righthaven, LLC |

Dated: this 10th day of May, 2011.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____